DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

J.S.,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D23-862

————————————————

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Christopher M. Labruzzo, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.